UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :
GERALDINE SMALLS,
                                   :
          Plaintiff,
                                   :
   - against -                  **ORDER**
                                   :
THE BANK OF NEW YORK COMPANY, INC.,    05 Civ. 8474 (DC)
                                   :
          Defendant.
                                   :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

      All discovery, fact and expert, shall be completed in this case by September 14, 2007.  The Court will hold a pre-trial conference on that day at 11:30 a.m.

      SO ORDERED.

Dated:    New York, New York
           June 15, 2007

                                              DENNY CHIN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/07