```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
GERALDINE SMALLS,                     :
                                      :
                    Plaintiff,        :
                                      :
        - against -                   :         ORDER
                                      :
THE BANK OF NEW YORK,                 :         05 Civ. 8474 (DC)
                                      :
                    Defendant.        :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

**CHIN, D.J.**

   Following a conference on August 17, 2007, with plaintiff's counsel participating by telephone and defendant's counsel appearing in person, and as ordered orally at the conference, IT IS HEREBY ORDERED as follows:

   1. Plaintiff's objection to producing tax returns is sustained, except that plaintiff shall provide a sworn statement that she did not have a second job during the time in question; plaintiff's counsel shall review plaintiff's tax returns for the relevant period to see if they reflect a second job; if no second job is reflected, the tax returns need not be produced to defendant;

   2. Plaintiff shall verify her interrogatory responses by August 24, 2007;

   3. Plaintiff's initial disclosures shall be made by August 27, 2007;

   4. Plaintiff represents that she has no documentary proof that she worked more than forty hours per week

during the relevant period and that therefore she has no documents to produce in this respect; defendant may depose plaintiff regarding her damages calculations and her proof of damages;

5. All discovery, fact and expert, shall be completed by October 5, 2007. The Court will hold a pretrial conference on that date at 11 a.m.

    SO ORDERED.

Dated:    New York, New York
           August 27, 2007

                              DENNY CHIN
                              United States District Judge